Kurt AMBROZI, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 75189.

Missouri Court of Appeals, Western District.

Nov. 13, 2012.

John J. Ammann, St. Louis, MO, for appellant.

Ninion S. Riley, Jefferson City, MO, for respondent.

Before Division Two: LISA WHITE HARDWICK, Presiding Judge, JAMES M. SMART and KAREN KING MITCHELL, Judges.

### ORDER

PER CURIAM.

Kurt Ambrozi appeals from the Order of the Labor and Industrial Relations Commission finding that he is not eligible for unemployment benefits because he voluntarily quit his employment with Quimby Trucking, LLC without good cause attributable to his work or his employer. For the reasons explained in a Memorandum provided to the parties, we find no error and affirm the Commission's final order.

AFFIRMED. Rule 84.16(b)